# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER STAN REIGHARD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74177

**FILED**

DEC 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for clarification of sentence and granting an oral motion to withdraw as counsel. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Susan Johnson, District Judge
Christopher Stan Reighard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk